UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| BARRY GRANGER | CIVIL ACTION NO. 15-02448 |
| VERSUS | JUDGE Robert G. James |
| EPL OIL & GAS, INC., ENERGY XXI GOM, LLC., ENERGY XXI GULF COAST, INC. and ENERGY XXI, LTD. | Magistrate Judge Carol Whitehurst |

## STATUS/UPDATE REPORT
## IN LIGHT OF STAY AND BANKRUPTCY OF DEFENDANTS

Now comes counsel for plaintiff, Barry Granger, who files this Status/Update Report in Light of the Bankruptcy of Defendants.

I.

A scheduling order was entered in the above matter setting a trial date for December 12, 2016 along with various deadlines.

II.

On April 21, 2016, the attached "Suggestion of Bankruptcy for EPL Oil & Gas, Inc. and Energy XXI GOM, LLC" was filed in the record operating as an automatic stay of the present proceedings in this matter. (United State Bankruptcy Court for the Southern District of Texas, Houston Division, *In re: Energy XXI LTD, et al*, Case # 16-31928).

III.

Counsel for plaintiff plans to do two things in the bankruptcy court:

    1.    File a Proof of Claim, and

    2.    File a Motion to Lift Stay for the purpose of filing pleadings in the present

proceedings including a Direct Action against the insurer for EPL Oil & Gas, Inc. And Energy XXI GOM, LLC allowable under Louisiana law.

After the hopeful granting of the above by the Bankruptcy Court, plaintiff will file amending pleadings in this Honorable Court (Western District of Louisiana) asserting the above along with the other necessary amendments/supplements to the pleadings.

IV.

In light of the above and the present stay of proceedings, in due course it is requested that the present scheduling order be abated to be substituted with a new one at the appropriate time.

V.

Furthermore, plaintiff, Barry Granger, underwent a L5-S1 microdiscectomy, right, by Dr. Lon Baronne on April 1, 2016 and will not be at MMI in time for the December trial date. Furthermore, discovery in the form of depositions have not commenced as of the present date.

It is respectfully requested that the Honorable Magistrate Carol Whitehurst, allow for a telephone conference to discuss all aspects of the present status of this case in light of the matters presented herein.

Respectfully submitted,

DOMENGEAUX WRIGHT ROY
EDWARDS & COLOMB, LLC
BY: s/ James H. Domengeaux
James H. Domengeaux
Bar Roll No.17555
556 Jefferson St., Suite 500
Post Office Box 3668
Lafayette, Louisiana 70502
(337) 233-3033

ATTORNEYS FOR Barry Granger

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 05/27/16, I presented the foregoing to the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of such filing to opposing counsel.

s/James H. Domengeaux
JAMES H. DOMENGEAUX - 17555
Attorney for Plaintiff
Domengeaux Wright Roy & Edwards
Post Office Box 3668
Lafayette, LA 70502
Phone: (337)233-3033
Fax: (337)232-8213
Email: jimmyd@wrightroy.com
